MARY W. BURCHARD, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

*Burchard* v. *State of New York*, 128 App. Div. 750, appeal dismissed.
(Argued April 30, 1909; decided May 18, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1908, reversing a nominal judgment in favor of plaintiff entered upon an award of the Court of Claims and granting a new trial of a claim for damages occasioned by the permanent appropriation of certain real property for canal purposes.

*Edward R. O'Malley, Attorney-General,* for appellant.

*John B. Holmes* and *Northrup R. Holmes* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.